# Third District Court of Appeal

### State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D24-139
Lower Tribunal No. 24-754

————————

**Samuel Lee Smith, Jr.,**
Appellant,

vs.

**Leamsi Horta**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Javier Enriquez, Judge.

Samuel Lee Smith, Jr., in proper person.

No appearance, for appellee.

Before LOGUE, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Pickett v. Copeland</u>, 236 So. 3d 1142 (Fla. 1st DCA

2018) (Petitioner must demonstrate that the course of inappropriate conduct

alleged as stalking, of which he complains, serves no legitimate purpose.)